## M. ZINN AND COMPANY v. THE H. SIMON COMPANY.

[No. 12,416. Filed January 15, 1926.]

From the Huntington Circuit Court; *Sumner Kenner*, Judge.

Action between M. Zinn and Company and the H. Simon Company. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*W. A. Branyan* and *Howard Wiley*, for appellant.
*Claude Cline* and *Martin J. O'Malley*, for appellee.

PER CURIAM.—Judgment affirmed.